**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____     Chapter   **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | JaKoB Express, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 8  4  –  2  7  5  8  5  3  4 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12186 Rathmore Drive** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **El Paso**        **TX**    **79928** | |
| City              State    ZIP Code | City              State    ZIP Code |
| **El Paso** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **13711 La Von Avenue** |
| | Number    Street |
| | **El Paso**        **TX**    **79938** |
| | City              State    ZIP Code |

**5.** **Debtor's website (URL)** _____

**6.** **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __JaKoB Express, LLC_____ Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__4__ __8__ __4__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   __JaKoB Express, LLC_____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in _this district?_** | _Check all that apply:_ |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **JaKoB Express, LLC** _____  Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? |
|---|---|

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

| 13. | Debtor's estimation of available funds |
|---|---|

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors |
|---|---|

☐ 1-49           ☐ 1,000-5,000         ☐ 25,001-50,000
☑ 50-99          ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

| 15. | Estimated assets |
|---|---|

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

| 16. | Estimated liabilities |
|---|---|

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **JaKoB Express, LLC** _____  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/12/2023**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Jesus Espinosa**
Printed name

**Member/Owner**
Title

**18.  Signature of attorney**

X _____   Date  **05/12/2023**
Signature of attorney for debtor                MM / DD / YYYY

**Corey W. Haugland**
Printed name

**James & Haugland, P.C.**
Firm name

**609 Montana Avenue**
Number        Street

_____

**El Paso**                    **TX**        **79902**
City                           State        ZIP Code

**(915) 532-3911**             **chaugland@jghpc.com**
Contact phone                  Email address

**09234200**                   **TX**
Bar number                     State

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re  **JaKoB Express, LLC**

Case No.  _____

Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................................. | **$2,338.00** |
| Prior to the filing of this statement I have received......................................................... | **$2,338.00** |
| Balance Due......................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__05/12/2023__
Date

Corey W. Haugland
James & Haugland, P.C.
609 Montana Avenue
El Paso, Texas 79902
Phone: (915) 532-3911 / Fax: (915) 541-6443

Bar No. 09234200

---

Jesus Espinosa
Member/Owner

---

**Fill in this information to identify the case:**

Debtor Name  **JaKoB Express, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................
        **$110,000.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.............................................................
        **$982,365.80**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B................................................................
        **$1,092,365.80**

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...........
    **$758,478.41**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F...............................
    **$39,670.64**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................
    **+ $265,028.33**

4. **Total liabilities**
    Lines 2 + 3a + 3b...................................................................................
    **$1,063,177.38**

---

| Fill in this information to identify the case |
| --- |

| Debtor name | **JaKoB Express, LLC** |
| --- | --- |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Checking account Navy Federal Credit Union** | **Checking account** | 0  1  8  4 | $14.25 |
| 3.2. | **Savings account Navy Federal Credit Union** | **Savings account** | 1  4  0  1 | $0.00 |
| 3.3. | **Checking account Wells Fargo** | **Checking account** | 3  4  5  2 | Unknown |
| 3.4. | **Savings account Navy Federal Credit Union** | **Savings account** | 9  4  1  1 | $39.55 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$53.80

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    **JaKoB Express, LLC**                                           Case number (if known) _____
          Name

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    **Current value of debtor's interest**
    Add lines 7 through 8. Copy the total to line 81.                                       **$0.00**

---

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                            **Current value of debtor's interest**

11. **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$157,012.00** face amount | – | **$0.00** doubtful or uncollectible accounts | = ............ ➔ | **$157,012.00** |
| 11b. Over 90 days old: | **$0.00** face amount | – | **$0.00** doubtful or uncollectible accounts | = ............ ➔ | **$0.00** |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                  **$157,012.00**

---

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**                                                                     **$0.00**
    Add lines 14 through 16. Copy the total to line 83.

---

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor   **JaKoB Express, LLC**                                          Case number (if known) _____
                   Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **JaKoB Express, LLC**
_____  Case number (if known) _____
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Two (2) Samsung Laptops | | 1000.00 | $1,000.00 |
| One (1) Apple Notebook | $300.00 | | $300.00 |

**42.** Collectibles  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86. ............................................  $1,300.00

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **47.1.** 2020 Kenworth T680 VIN1XYDP9X6LJ360540 | | | $101,000.00 |
| **47.2.** 2020 Kenworth T680 VIN 1XKYDP9X2LJ360602 | | | $101,000.00 |
| **47.3.** 2022 Mack Anthem VIN 1M1AN4GY6NM0023811 | | | $92,000.00 |
| **47.4.** 2015 Kenworth T680 VIN 1XKYDP9X7FJ384303 | | | $30,000.00 |
| **47.5.** 2017 Kenworth T680 VIN 1XKYDP9X1HJ127205 | | | $30,000.00 |
| **47.6.** 2016 Peterbilt 579 VIN 1X{PBDP9X8GD354484 | | | $30,000.00 |

Debtor     __JaKoB Express, LLC__                      Case number (if known) _____
              Name

| | | | |
|---|---|---|---|
| 47.7. | **2016 Kenworth T680**<br>VIN 1XKYDP9XGJ117267 | | $30,000.00 |
| 47.8. | **2016 Kenworth T680**<br>VIN 1XKYD49X2GJ117666 | | $30,000.00 |
| 47.9. | **2014 Utility 4000DX**<br>VIN 1UYVS2536HP784316 | | $30,000.00 |
| 47.10. | **2014 Utility 4000DX**<br>VIN 1UYVS2536HP784317 | | $30,000.00 |
| 47.11. | **2014 Utility 4000DX**<br>VIN 1UYVS2536HP784318 | | $30,000.00 |
| 47.12. | **2022 Kenworth T680**<br>VIN 1XKYDP9X1NJ170065 | | $125,000.00 |
| 47.13. | **2016 Kenworth T680**<br>VIN 1XKYDP9X2GJ103025 | | $30,000.00 |
| 47.14. | **2016 Kenworth T680**<br>VIN 1XKYDP9X0GJ103038 | | $30,000.00 |
| 47.15. | **2016 Kenworth T680**<br>VIN 1XKYDP9X2GJ10342 | | $30,000.00 |
| 47.16. | **2014 Utility 4000DX**<br>VIN 1UYVS2530EP865176 | | $30,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats
      trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.  **Total of Part 8.**
      Add lines 47 through 50.  Copy the total to line 87.                     **$779,000.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

## Part 9:   Real property

54.  **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ☑ Yes.  Fill in the information below.

Debtor    **JaKoB Express, LLC**                                    Case number (if known) _____
        Name

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **8264 Courtland Drive El Paso, TX 79907 Residence located on 8264 Courtland Drive, El Paso, TX 79907** | Fee Simple | | | $110,000.00 |

**56.**   **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      | **$110,000.00** |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   Patents, copyrights, trademarks, and trade secrets | | | |
| **61.**   Internet domain names and websites | | | |
| **62.**   Licenses, franchises, and royalties | | | |
| **63.**   Customer lists, mailing lists, or other compilations | | | |
| **64.**   Other intangibles, or intellectual property | | | |
| **65.**   Goodwill | | | |

**66.**   **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.      | **$0.00** |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    __JaKoB Express, LLC__      Case number (if known) _____
          Name

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                     **Current value of
debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**Insurance Proceeds from accident involving
2016 Kenworth T860 (1XKYDP9X2GJ103025**             **$45,000.00**

Nature of claim      _____

Amount requested      _____

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78. Total of Part 11.**                                             **$45,000.00**
Add lines 71 through 77. Copy the total to line 90.

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **JaKoB Express, LLC** | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $53.80 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $157,012.00 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $1,300.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $779,000.00 | |
| 88. | **Real property.** Copy line 56, Part 9 ............................➔ | | $110,000.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $45,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | $982,365.80 | + 91b. $110,000.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .......................... | | $1,092,365.80 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>JaKoB Express, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
**Arsenal Funding**

Describe debtor's property that is subject to a lien
**accounts receivable**

| | $19,866.60 | $0.00 |
|---|---|---|

Creditor's mailing address
**15 W. 36th Street, 11th Floor**

Describe the lien
**Loans**

Is the creditor an insider or related party?
☑ No
☐ Yes

**New York            NY    10018**

Creditor's email address, if known
**vanessa@arsenalfunding.com**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **03/01/2023**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$758,478.41**

Debtor    **JaKoB Express, LLC**                                    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.2**

**Creditor's name**
BM0 Harris Bank

**Describe debtor's property that is subject to a lien**                                    $9,160.82          $30,000.00

2014 Utility 4000DX VIN 1UYVS2536HP784317

**Creditor's mailing address**
3925 Fountains Blvd. NE

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**

Cedar Rapids        IA    52411                  ☑ No
                                                  ☐ Yes

**Creditor's email address, if known**
melissa.abernathy@bmo.com

**Is anyone else liable on this claim?**

**Date debt was incurred**    03/01/2020          ☐ No
                                                  ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    7  0  0  2

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No                                             ☐ Contingent
☑ Yes. Have you already specified the           ☐ Unliquidated
   relative priority?                            ☐ Disputed

   ☑ No. Specify each creditor, including this
      creditor, and its relative priority.

**1) BMO Harris Bank; 2) BM0 Harris Bank.**

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

---

**2.3**

**Creditor's name**
BMO Harris Bank

**Describe debtor's property that is subject to a lien**                                    $9,255.96          $60,000.00

2014 Utility 4000DX VIN 1UYVS2536HP784316

**Creditor's mailing address**
3925 Fountains Blvd. NE

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**

Cedar Rapids        IA    52411                  ☑ No
                                                  ☐ Yes

**Creditor's email address, if known**
melissa.abernathy@bmo.com

**Is anyone else liable on this claim?**

**Date debt was incurred**    03/01/2020          ☐ No
                                                  ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    7  0  0  1

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No                                             ☐ Contingent
☑ Yes. Have you already specified the           ☐ Unliquidated
   relative priority?                            ☐ Disputed

   ☑ No. Specify each creditor, including this
      creditor, and its relative priority.

**For 2014 Utility 4000DX VIN 1UYVS2536HP784316: 1) BMO Harris Bank.  For 2014 Utility 4000DX VIN 1UYVS2536HP784317: See 2.2.**

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

---

Debtor   **JaKoB Express, LLC**                                    Case number (if known) _____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** Creditor's name
**BMO Harris Bank**

Creditor's mailing address
**3925 Fountains Blvd. NE**

_____

**CedardRapids          IA     52411**

Creditor's email address, if known
**elissa.abernathy@bmo.com**

Date debt was incurred     **03/01/2020**

Last 4 digits of account number        **7  0  0  3**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien        **$9,149.14**        **$30,000.00**

**2014 Utility 4000DX VIN 1UYVS2536HP784318**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** Creditor's name
**City of El Paso**

Creditor's mailing address
**P.O. Box 2992**

_____

**El Paso              TX    79999-2992**

Creditor's email address, if known

Date debt was incurred     **2022**

Last 4 digits of account number        ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien        **$5,745.58**        **$110,000.00**

**8264 Courtland Drive, El Paso, TX 79907**

Describe the lien
**Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | JaKoB Express, LLC | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

### 2.6

**Creditor's name**
Fenix Capital

**Creditor's mailing address**
9265 4th Avenue 2nd Floor

Brooklyn            NY    11209

**Creditor's email address, if known**
brandonj@fenixcapitalfunding.com

**Date debt was incurred**    02/02/2023

**Last 4 digits of account number**    7  7  0  8

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**
Loans

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $74,423.58   Column B: $0.00

### 2.7

**Creditor's name**
LiftFund Inc.

**Creditor's mailing address**
2014 S. Hackberry

San Antonio         TX    78210

**Creditor's email address, if known**
emlopez@liftfund.com

**Date debt was incurred**    03/15/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2016 Kenworth T680 VIN 1XKYDP9XGJ117267**

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $57,072.83   Column B: $30,000.00

Debtor    **JaKoB Express, LLC** _____    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.8**

**Creditor's name**
MHC Financial

**Creditor's mailing address**
4501 College Blvd. Ste. 160
_____

Leawood          KS    66211

**Creditor's email address, if known**
raci.walker@mhc.com

**Date debt was incurred**    01/04/2022

**Last 4 digits of account number**    1  8  4  8

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Kenworth T680  VIN 1XKYDP9X1NJ170065

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $118,999.08 | $125,000.00 |
|---|---|

**2.9**

**Creditor's name**
Midland States Bank

**Creditor's mailing address**
1801 Park 270 Dr. Ste. 200
_____

St. Louis          MO    63146

**Creditor's email address, if known**
mefportfolio@midlandef.com

**Date debt was incurred**    08/17/2022

**Last 4 digits of account number**    2  3  2  7

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2020 Kenworth T680 VIN1XYDP9X6LJ360540

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $99,108.00 | $101,000.00 |
|---|---|

| Debtor | **JaKoB Express, LLC** | Case number (if known) |
|--------|------------------------|------------------------|

| **Part 1:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|--|------------------------------------------------------------------------|---------------------------------------------------------|

---

**2.10**

**Creditor's name**
Midland States Bank

**Creditor's mailing address**
1801 Park 270 Drive, Ste. 200

St. Louis          MO    63146

**Creditor's email address, if known**
mefportfolio@midlandef.com

**Date debt was incurred**    08/17/2022

**Last 4 digits of account number**    2  3  2  7

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Midland States Bank; 2) Midland States Bank.**

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2020 Kenworth T680 VIN 1XKYDP9X2LJ360602

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $99,108.00 | $101,000.00 |
|------------|-------------|

---

**2.11**

**Creditor's name**
Mulligan Funding

**Creditor's mailing address**
4715 Viewridge Ave.

San Diego          CA    92123

**Creditor's email address, if known**
kzimmerman@mulliganfunding.com

**Date debt was incurred**    09/01/2022

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Accounts receivable

**Describe the lien**
Loans

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $57,803.55 | $0.00 |
|------------|-------|

---

Debtor    **JaKoB Express, LLC**                                        Case number (if known) _____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.12** Creditor's name
**Overnight Capital**

Creditor's mailing address
**17 Metropilitan Avenue**
_____

**Kew Gardens        NY    11415**

Creditor's email address, if known
**izzy@overnight-capital.com**

Date debt was incurred    **02/23/2023**

Last 4 digits of account number    **X  5  8  9**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Loans**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  | $47,032.00 | $0.00 |
|---|---|---|---|

---

**2.13** Creditor's name
**Transportation Alliance Bank Inc.**

Creditor's mailing address
**4185 Harrison Blvd.**
_____

**Ogden            UT    84403**

Creditor's email address, if known
**nadia.marrtinez@tabbank.com**

Date debt was incurred    **01/15/2020**

Last 4 digits of account number    **3  1  9  4**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2017 Kenworth T680 VIN 1XKYDP9X1HJ127205**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  | $25,993.35 | $30,000.00 |
|---|---|---|---|

---

Official Form 206D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**        page 7

| Debtor | **JaKoB Express, LLC** | Case number (if known) |
|---|---|---|

| Part 1: | **Additional Page** | | | |
|---|---|---|---|---|

| | | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.14**

**Creditor's name**
**Truist Bank d/b/a Lightstream**

**Creditor's mailing address**
**P.O. Box 117320**

**Atlanta          GA    30368**

**Creditor's email address, if known**

**Date debt was incurred**     12/26/2019

**Last 4 digits of account number**        7    9    3    6

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2016 Peterbilt 579 VIN 1X{PBDP9X8GD354484**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $20,569.47 | $30,000.00 |
|---|---|---|

---

**2.15**

**Creditor's name**
**VFS US LLC**

**Creditor's mailing address**
**P.O. Box 26131**

**Greensboro          NC    27409**

**Creditor's email address, if known**
daf@vfsco.com

**Date debt was incurred**     03/26/2021

**Last 4 digits of account number**        5    3    2    1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2022 Mack Anthem VIN 1M1AN4GY6NM0023811**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $91,479.23 | $92,000.00 |
|---|---|---|

---

| Debtor | JaKoB Express, LLC | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.16** Creditor's name
**Wells Fargo**

Creditor's mailing address
**P.O. Box 7666**

**Boise            ID     83707**

Creditor's email address, if known
**equipexp@wellsfargo.com**

Date debt was incurred     **01/23/2020**

Last 4 digits of account
number         **4    9    4    2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien                    **$13,711.22**     **$30,000.00**

**2015 Kenworth T680 VIN 1XKYDP9X7FJ384303**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Fill in this information to identify the case: |
| --- |

| Debtor | **JaKoB Express, LLC** |
| --- | --- |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,378.88 | $4,378.88 |

**Diana Espinosa**

**905 Burgess Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**El Paso              TX        79907**

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.48 | $952.48 |

**Emanuel Benally**

**1813 W. Desert Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Van Horn              TX        79855**

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **JaKoB Express, LLC** | Case number (if known) | |
|---|---|---|---|

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.3** Priority creditor's name and mailing address
**Israel Iglesias Hernandez**
**P.O. Box 963485**

El Paso            TX      79996

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$647.80**   Priority amount **$647.80**

**2.4** Priority creditor's name and mailing address
**Javier Gamboa**
**609 Natasha Place**

Anthony            TX      79821

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$1,332.55**   Priority amount **$1,332.55**

**2.5** Priority creditor's name and mailing address
**Jesus D. Espinosa**
**905 Burgess Drive**

El Paso            TX      79907

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$9,112.08**   Priority amount **$9,112.08**

| Debtor | **JaKoB Express, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.6**   Priority creditor's name and mailing address

**Jose A. Alonso**

**18820 Sobrino**

Total claim: **$643.81**   Priority amount: **$643.81**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tornillo**    **TX**    **79853**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.7**   Priority creditor's name and mailing address

**Kikey Espinosa**

**12186 Rathmore**

Total claim: **$9,112.08**   Priority amount: **$9,112.08**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Paso**    **TX**    **79928**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.8**   Priority creditor's name and mailing address

**Luz M. Espinosa**

**98708 Lockerbie Avenue**

Total claim: **$4,378.88**   Priority amount: **$4,378.88**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Paso**    **TX**    **79925**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    __JaKoB Express, LLC__                                    Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  | Total claim | Priority amount |
|---|---|---|

| **2.9** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,112.08** | **$9,112.08** |

__Nathaniel Espinosa__

__905 Burrgess Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__El Paso_____TX____79907__

**Basis for the claim:**

__Other_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Debtor   **JaKoB Express, LLC**   Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Compass Equipment Finance, LLC**

**115 W 55th St., Suite 101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**Clarendon Hills**          IL      60514

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Complete Innovations USA, Inc.**

**3455 Peachtree Rd. NE, 5th Flr.**

**Atlanta, GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number  3   3   3   0

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Comptroller Public Account**

**P.O. Box 149348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Austin**          TX      78714-9348

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,144.27 |

**Continental Logistics, LLC**

**1777 Sage Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

**Houston**          TX      77056

Date or dates debt was incurred   **05/08/2023**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Diesel Fuel**

Debtor   __**JaKoB Express, LLC**__                                    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | Amount of claim |

| **3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Crestmark, a Division of MetaBank**

**5480 Corporate Drive, Ste. 350**

☐ Contingent
☐ Unliquidated
☐ Disputed

__**Troy**__          **MI**     **48098**

Basis for the claim:
__**Notice Only**__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.6** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,858.09** |

**Diana Espinosa**

**905 Burgess Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

__**El Paso**__        **TX**     **79907**

Basis for the claim:
__**Loans**__

Date or dates debt was incurred   **10/10/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Personal Loan**

---

| **3.7** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Don Stecker**

**Linebarger, Goggan, Blair**

**112 E,Pecan St., Ste, 2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

__**San Antonio**__      **TX**     **78205-1588**

Basis for the claim:
__**Notice Only**__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.8** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Eduardo Espinosa**

**12281 Stansbury Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

__**El Paso**__        **TX**     **79928**

Basis for the claim:
__**Loans**__

Date or dates debt was incurred   **02/06/2021**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Personal Loan**

---

| Debtor | **JaKoB Express, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: | Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** | Nonpriority creditor's name and mailing address

**EFS LLC**

**1104 Country Hills Dr., STE. 600**

**Ogden**     **UT**    **84403**

Date or dates debt was incurred    **05/08/2023**

Last 4 digits of account number    **5  8  2  8**

**Diesel Fuel**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,900.84**

---

**3.10** | Nonpriority creditor's name and mailing address

**El Paso County Tax Assessor/Collector**

**P.O. Box 2992**

**El Paso**     **TX**    **79999**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**ETI Financial**

**P.O. Box 829522**

**Pembroke Pines, ,FL 333082**

Date or dates debt was incurred

Last 4 digits of account number    **7  6  5  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**IRS Insolvency Office**

**300 E. 8th St., Mail Stop 5026AUS**

**Austin**     **TX**    **78701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | __JaKoB Express, LLC__ | Case number (if known) _____ |
|---|---|---|

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

__LEAF Capital Funding, LLC__

__2005 Market St., 14th Floor__

☐ Contingent
☐ Unliquidated
☐ Disputed

| __Philadelphia__ | __PA__ | __19103__ |

**Basis for the claim:**
__Notice Only__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

__Maksim Leyvi__

__227 Seabreeze Ave. Ste. 2A__

☐ Contingent
☐ Unliquidated
☐ Disputed

| __Brooklyn__ | __NY__ | __11224__ |

**Basis for the claim:**
__Notice Only__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

__Michael Scarpati__

__500 Lovett Blvd. Ste. 225__

☐ Contingent
☐ Unliquidated
☐ Disputed

| __Houston__ | __TX__ | __77006__ |

**Basis for the claim:**
__Notice Only__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

__Nathaniel Espinosa__

__905 Burgess Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

| __El Paso__ | __TX__ | __79907__ |

**Basis for the claim:**
__Loans__

Date or dates debt was incurred __12/29/2021__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Personal Loan**

| Debtor | **JaKoB Express, LLC** | | Case number (if known) | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.17 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Office of the Attorney General**

**Main Justice Bldg., Room 5111**

**10th & Constitution Avenue, N.W.**

**Washington**          DC          20530

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Olga Sifuentes**

**908 Lomita Drive**

**El Paso**          TX          79907

Date or dates debt was incurred          03/03/2022

Last 4 digits of account number   __ __ __ __

**Personal Loan**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loans**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30,000.00**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**OTI Leasing LLC**

**9681 Joe Rodriguez St., Ste. 144**

**El Paso, TX 799227**

Date or dates debt was incurred          03/01/2023

Last 4 digits of account number   1  3  0  2

**Trailer Repair**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,080.72**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Pilot Travel Centers**

**5508 Lonas Drive**

**Knoxville**          TN          37909

Date or dates debt was incurred          05/08/2023

Last 4 digits of account number   5  7  3  3

**Diesel Fuel**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,363.45**

---

Debtor   **JaKoB Express, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21**  Nonpriority creditor's name and mailing address

**Prepass**

**P.O. Box 932588**

**Atlanta**          **GA**    **31193**

Date or dates debt was incurred          **05/08/2023**

Last 4 digits of account number          **0   1   8   2**

**Tolls/Bypass**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$680.96**

---

**3.22**  Nonpriority creditor's name and mailing address

**Silvia Espinosa**

**905 Burgess Drive**

**El Paso**          **TX**    **79907**

Date or dates debt was incurred          **10/08/2022**

Last 4 digits of account number          __ __ __ __

**Personal Loan**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loans**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25,000.00**

---

**3.23**  Nonpriority creditor's name and mailing address

**Texas Workforce Commission**

**TEC Building - Bankruptcy**

**101 East 15th Street**

**Austin**          **TX**    **78778**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.24**  Nonpriority creditor's name and mailing address

**United States Attorney**

**Civil Process Clerk - IRS**

**601 N.W. Loop 410, Suite 600**

**San Antonio**          **TX**    **78216**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **JaKoB Express, LLC**                                 Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**United States Trustee**

**P.O. Box 1539**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**San Antonio            TX      78295**

**Trustee**

Date or dates debt was incurred          _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

Debtor    **JaKoB Express, LLC**                                     Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$39,670.64** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$265,028.33** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$304,698.97** |

| Fill in this information to identify the case: |
|---|

Debtor name **JaKoB Express, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____  Chapter **7**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-Month Real Property Lease** | **Luis Valentin Apac & Victor Apac** |
|---|---|---|---|
| | | | **14049 Sandy Point Lane** |
| | State the term remaining | **Month-to-Month** | |
| | List the contract number of any government contract | | **El Paso          TX      79938** |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name **JaKoB Express, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/12/2023**          X _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Jesus Espinosa**
Printed name

**Member/Owner**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **JaKoB Express, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1. **Gross revenue from business**

   ☐ None

   **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

   **Sources of revenue**
   Check all that apply.

   **Gross revenue**
   (before deductions and exclusions

   | | | | | | |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From **01/01/2023** to MM / DD / YYYY | Filing date | ☑ Operating a business ☐ Other | | **$666,229.96** |
   | **For prior year:** | From **01/01/2022** to MM / DD / YYYY | **12/31/2022** MM / DD / YYYY | ☑ Operating a business ☐ Other | | **$3,083,310.67** |
   | **For the year before that:** | From **01/01/2021** to MM / DD / YYYY | **12/31/2021** MM / DD / YYYY | ☑ Operating a business ☐ Other | | **$2,035,768.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **ETI Financial**<br>Creditor's name<br>**P.O. Box 829522**<br>Street<br><br>**Pembroke Pines** **FL** **33082**<br>City                     State    ZIP Code | **02/09/2023**<br>**03/06/2023**<br>**04/11/2023** | **$63,129.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Insurance** |

Debtor   **JaKoB Express, LLC**
_____          Case number (if known) _____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Continental Logistics, LLC**<br>Creditor's name<br>**1777 Sage Road**<br>Street<br><br>**Houston**　　　**TX**　　**77056**<br>City　　　　State　　ZIP Code | **02/10/2023**<br>**02/21/2023**<br>**02/28/2023**<br>**03/05/2023**<br>**03/10/2023**<br>**03/22/2023**<br>**03/28/2023**<br>**04/05/2023**<br>**04/17/2023**<br>**04/20/2023**<br>**04/28/2023** | **$129,310.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☑ Other **Diesel** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Fenix Capital Funding, LLC v. JaKoB Express LLC and Jesus Espinosa** | **Default of Contract** | **Supreme Ct /St of NY/County of Kings**<br>Name<br>**360 Adams St. #4**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**511069-2023** | | **Brooklyn**　　　**NY**　　**11201**<br>City　　　　State　ZIP Code | |

| Debtor | **JaKoB Express, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Overnight Capital v. Jakob Express, LLC & Jesus Espinosa** | **Defaut of Contract** | **Supreme Ct./St of NY, County of Ontar**<br>Name<br>**27 N. Main St.**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2358853** | | **Canandaigua      NY    14424**<br>City                    State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | Date of loss | Value of property lost |
|---|---|---|---|
| **2016 Kenworth T860 (1XKYDP9X2GJ103025** | **$0.00** | **02/09/2023** | **$50,000.00** |

| Debtor | **JaKoB Express, LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| Part 6: | **Certain Payments or Transfers** |
|---------|-----------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.1. **James & Haugland, P.C.** | | 05/03/2023 | $2,338.00 |

**Address**

**609 Montana Avenue**
Street

**El Paso**       **TX**       **79902**
City                State      ZIP Code

**Email or website address**
**chaugland@jghpc.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | **Previous Locations** |
|---------|------------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor  **JaKoB Express, LLC**
_____     Case number (if known) _____
        Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
        ☐ No.
        ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    __JaKoB Express, LLC_____    Case number (if known) _____
                    Name

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **JaKoB Express, LLC**
_____    Case number (if known) _____
          Name

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|

26a.1.  **Luz M. Espinosa**    From  **09/2019**    To  **Present**
        Name
        **9808 Lockerbie Avenue**
        Street

        **El Paso**          **TX**     **79925**
        City                 State      ZIP Code

| Name and address | | | Dates of service |
|---|---|---|---|

26a.2.  **Diana Espinosa**    From  **09/2019**    To  **Present**
        Name
        **9808 Lockerbie Avenue**
        Street

        **El Paso**          **TX**     **79925**
        City                 State      ZIP Code

| Name and address | | | Dates of service |
|---|---|---|---|

26a.3.  **Debbie Strom, CPA**    From  **02/2021**    To  **Present**
        Name
        **5121 Paris Avenue**
        Street

        **El Paso**          **TX**     **79924**
        City                 State      ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|

26b.1.  **Luz M. Espinosa**    From  **09/2019**    To  **Present**
        Name
        **9808 Lockerbie**
        Street

        **El Paso**          **TX**     **79925**
        City                 State      ZIP Code

| Name and address | | | Dates of service |
|---|---|---|---|

26b.2.  **Diana Espinosa**    From  **09/2019**    To  **Present**
        Name
        **9808 Lockerbie**
        Street

        **El Paso**          **TX**     **79925**
        City                 State      ZIP Code

Debtor **JaKoB Express, LLC**
Name

Case number (if known) _____

**Name and address**

**Dates of service**

26b.3.  **Debbie Strom, CPA**
Name
**5121 Paris Avenue**
Street                   .

From **02/2021**   To **Present**

**El Paso**          **TX**    **79924**
City                 State    ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.1.  **Luz M. Espinosa**
Name
**9808 Lockerbie Avenue**
Street

**El Paso**          **TX**    **79925**
City                 State    ZIP Code

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.2.  **Diana Espinosa**
Name
**9808 Lockerbie Avenue**
Street

**El Paso**          **TX**    **79925**
City                 State    ZIP Code

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.3.  **Debbie Strom, CPA**
Name
**5121 Paris Avenue**
Street

**El Paso**          **TX**    **79924**
City                 State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **MHC fINANCIAL**
Name
**4501 College Blvd., Ste. 160**
Street

**Leawoodd**        **KS**    **66211**
City                 State    ZIP Code

Debtor **JaKoB Express, LLC**                                Case number (if known) _____
Name

**Name and address**

26d.2. **Midland States Bank**
Name
**1801 Park 270 Dr. Ste. 200**
Street

| **St. Louis** | **MO** | **63146** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.3. **VFS US, LLC**
Name
**P.O. Box 26131**
Street

| **Greensboro** | **NC** | **27409** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.4. **Wells Fargo NA**
Name
**P.O. Box 7666**
Street

| **Boise** | **ID** | **83707** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.5. **Truit Bank d/b/a LightStream**
Name
**P.O. Box 117320**
Street

| **Atlanta** | **GA** | **30368** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.6. **Transportation Alliance Bank, Inc.**
Name
**4185 Harrison Blvd.**
Street

| **Ogden** | **UT** | **84403** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.7. **LiftFund, Inc.**
Name
**2014 S. Hackberry**
Street

| **San Antonio** | **TX** | **78210** |
|---|---|---|
| City | State | ZIP Code |

Debtor   **JaKoB Express, LLC**                                    Case number (if known)  _____
         Name

**Name and address**

26d.8.  **BMO Harris Bank**
        Name
        **3925 Fountains Blvd. NE**
        Street

        **Cedar Rapids**            **IA**      **52411**
        City                        State       ZIP Code

**Name and address**

26d.9.  **Mulligan Funding**
        Name
        **4715 Viewridge Ave.**
        Street

        **San Diego**               **CA**      **92123**
        City                        State       ZIP Code

**Name and address**

26d.10. **Fenix Capital**
        Name
        **9265 4th Avenue, 2nd Floor**
        Street

        **Brooklyn**                **NY**      **11209**
        City                        State       ZIP Code

**Name and address**

26d.11. **Overnight Capital**
        Name
        **17 Metropolitan Avenue**
        Street

        **Kew Gardens**             **NY**      **11415**
        City                        State       ZIP Code

**Name and address**

26d.12. **Arsenal Funding**
        Name
        **15 W. 36th Street, 11th Floor**
        Street

        **New York**                **NY**      **10018**
        City                        State       ZIP Code

**Name and address**

26d.13. **Continental Logistics, LLC**
        Name
        **1777 Sage Road**
        Street

        **Houston**                 **TX**      **77056**
        City                        State       ZIP Code

Debtor    **JaKoB Express, LLC**                          Case number (if known)
        Name

**Name and address**

26d.14. **EFS, LLC**
Name
**1104 Country Hills Dr., Ste. 600**
Street

| **Ogden** | **UT** | **84403** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.15. **Pilot Travel Centers**
Name
**5508 Lonas Drive**
Street

| **Knoxville** | **TN** | **37909** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.16. **Prepass**
Name
**P.O. Box 932588**
Street

| **Atlanta** | **GA** | **31193** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.17. **OTI Leasing, LLC**
Name
**9681 Joe Rodriguez Street, Suite 144**
Street

| **El Paso** | **TX** | **79927** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.18. **Complete Innovations USA, Inc.**
Name
**3455 Peachtree Rd NE, 5th Floor**
Street

| **Atlanta** | **GA** | **30326** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.19. **LEAF Capital Funding, LLC**
Name
**2005 Market Street, 14th Floor**
Street

| **Philadelphia** | **PA** | **19103** |
|---|---|---|
| City | State | ZIP Code |

Debtor    **JaKoB Express, LLC**                                    Case number (if known) _____
          Name

**Name and address**

26d.20.  **Love's Travel Stops & Country Stores**
         Name
         **P.O. Box 842568**
         Street

         _____

         **Kansas City**                    **MO**      **64184**
         City                               State       ZIP Code

**Name and address**

26d.21.  **Comdata**
         Name
         **P.O. Box 100647**
         Street

         _____

         **Atlanta**                        **GA**      **30384**
         City                               State       ZIP Code

**Name and address**

26d.22.  **Fidelity Funding**
         Name
         **1655 Richmond Avenue**
         Street

         _____

         **Staten Island**                  **NY**      **10314**
         City                               State       ZIP Code

**Name and address**

26d.23.  **Rush Truck Centers**
         Name
         **12253 Gateway West Blvd.**
         Street

         _____

         **El Paso**                        **TX**      **79936**
         City                               State       ZIP Code

**Name and address**

26d.24.  **iBusiness Funding**
         Name
         **9 E. Loockerman St., Ste. 202-543**
         Street

         _____

         **Dover**                          **DE**      **19901**
         City                               State       ZIP Code

Debtor    **JaKoB Express, LLC**                                         Case number (if known) _____
_____
Name

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No.
    ☐ Yes.  Give the details about the two most recent inventories.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Jesus Espinosa** | **12186 Rathmore Drive**<br>**El Paso, TX 79928** | **Member/Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☑ No
    ☐ Yes.  Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes.  Identify below.

## Part 14:   Signature and Declaration

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/12/2023**
MM / DD / YYYY

X _____          Printed name  **Jesus Espinosa** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Member/Owner** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **JaKoB Express, LLC**

CASE NO

CHAPTER  **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _5/12/2023_____

Signature _____
*Jesus Espinosa*
*Member/Owner*

Date _____

Signature _____

Arsenal Funding
15 W. 36th Street, 11th Floor
New York, NY 10018


BM0 Harris Bank
3925 Fountains Blvd. NE
Cedar Rapids, IA 52411


BMO Harris Bank
3925 Fountains Blvd. NE
Cedar Rapids, IA 52411


BMO Harris Bank
3925 Fountains Blvd. NE
CedardRapids, IA 52411


City of El Paso
P.O. Box 2992
El Paso, TX 79999-2992


Compass Equipment Finance, LLC
115 W 55th St., Suite 101
Clarendon Hills, IL 60514


Complete Innovations USA, Inc.
3455 Peachtree Rd. NE, 5th Flr.
Atlanta, GA


Comptroller Public Account
P.O. Box 149348
Austin, TX 78714-9348


Continental Logistics, LLC
1777 Sage Road
Houston, TX 77056

Crestmark, a Division of MetaBank
5480 Corporate Drive, Ste. 350
Troy, MI 48098


Diana Espinosa
905 Burgess Drive
El Paso, TX 79907


Don Stecker
Linebarger, Goggan, Blair
112 E,Pecan St., Ste, 2200
San Antonio, TX 78205-1588


Eduardo Espinosa
12281 Stansbury Drive
El Paso, TX 79928


EFS LLC
1104 Country Hills Dr., STE. 600
Ogden, UT 84403


El Paso County Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999


Emanuel Benally
1813 W. Desert Street
Van Horn, TX 79855


ETI Financial
P.O. Box 829522
Pembroke Pines, ,FL 333082


Fenix Capital
9265 4th Avenue 2nd FIoor
Brooklyn, NY 11209

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA  19114


IRS Insolvency Office
300 E. 8th St., Mail Stop 5026AUS
Austin, TX 78701


Israel Iglesias Hernandez
P.O. Box 963485
El Paso, TX 79996


Javier Gamboa
609 Natasha Place
Anthony, TX 79821


Jesus D. Espinosa
905 Burgess Drive
El Paso, TX 79907


Jesus Espinosa
12186 Rathmore Drive
El Paso, TX 79928


Jose A. Alonso
18820 Sobrino
Tornillo, TX 79853


Kikey Espinosa
12186 Rathmore
El Paso, TX 79928


LEAF Capital Funding, LLC
2005 Market St., 14th Floor
Philadelphia, PA 19103

LiftFund Inc.
2014 S. Hackberry
San Antonio, TX 78210


Luis Valentin Apac & Victor Apac
14049 Sandy Point Lane
El Paso, TX 79938


Luz M. Espinosa
98708 Lockerbie Avenue
El Paso, TX 79925


Maksim Leyvi
227 Seabreeze Ave. Ste. 2A
Brooklyn, NY 11224


MHC Financial
4501 College Blvd. Ste. 160
Leawood, KS 66211


Michael Scarpati
500 Lovett Blvd. Ste. 225
Houston, TX 77006


Midland States Bank
1801 Park 270 Dr. Ste. 200
St. Louis, MO 63146


Midland States Bank
1801 Park 270 Drive, Ste. 200
St. Louis, MO 63146


Mulligan Funding
4715 Viewridge Ave.
San Diego, CA 92123

Nathaniel Espinosa
905 Burrgess Drive
El Paso, TX 79907


Nathaniel Espinosa
905 Burgess Drive
El Paso, TX 79907


Office of the Attorney General
Main Justice Bldg., Room 5111
10th & Constitution Avenue, N.W.
Washington, D.C. 20530


Olga Sifuentes
908 Lomita Drive
El Paso, TX 79907


OTI Leasing LLC
9681 Joe Rodriguez St., Ste. 144
El Paso, TX 799227


Overnight Capital
17 Metropilitan Avenue
Kew Gardens, NY 11415


Pilot Travel Centers
5508 Lonas Drive
Knoxville, TN 37909


Prepass
P.O. Box 932588
Atlanta, GA 31193


Silvia Espinosa
905 Burgess Drive
El Paso, TX 79907

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


Transportation Alliance Bank Inc.
4185 Harrison Blvd.
Ogden, UT 84403


Truist Bank d/b/a Lightstream
P.O. Box 117320
Atlanta, GA 30368


United States Attorney
Civil Process Clerk - IRS
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216


United States Trustee
P.O. Box 1539
San Antonio, TX 78295


VFS US LLC
P.O. Box 26131
Greensboro, NC 27409


Wells Fargo
P.O. Box 7666
Boise, ID 83707